249 F.2d 319
 Harvey N. MIGHELL
v.
UNITED STATES of America.
 No. 5635.
 United States Court of Appeals Tenth Circuit.
 September 7, 1957.
 
 Appeal from the United States District Court for the District of Kansas.
 Schrempp & Lathrop, Omaha, Neb., and Driscoll & Driscoll, Russell, Kan., for appellant.
 William C. Farmer, U. S. Atty., Topeka, Kan., for appellee.
 Before MURRAH, PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Dismissed for failure of appellant diligently to prosecute the same.